1  BROWNE GEORGE ROSS LLP
   Keith J. Wesley (State Bar No. 229276)
2  kwesley@bgrfirm.com
   Lori Sambol Brody (State Bar No. 150545)
3  lbrody@bgrfirm.com
   Matthew L. Venezia (State Bar No. 313812)
4  mvenezia@bgrfirm.com
   2121 Avenue of the Stars, Suite 2800
5  Los Angeles, California 90067
   Telephone: (310) 274-7100
6  Facsimile: (310) 275-5697

7  Attorneys for Plaintiff
   Bryant Vineyards Ltd.

8

9

10                     UNITED STATES DISTRICT COURT

11       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

13  BRYANT VINEYARDS LTD., a California        Case No.
    corporation,
14
                  Plaintiff,                   **PLAINTIFF BRYANT VINEYARDS
15                                             LTD.'S CERTIFICATION OF
          vs.                                  INTERESTED ENTITIES**
16
    LAUREN RIDENHOUR, an individual,
17
                  Defendant.
18

19

20

21

22

23

24

25

26

27

28

1311662.1
                                                                    Case No.

PLAINTIFF BRYANT VINEYARDS LTD'S CERTIFICATION OF INTERESTED ENTITIES

1    Pursuant to Civil L.R. 3-15, the undersigned certifies that, other than the named parties, the

2  following listed persons or entities (i) have a financial interest in the subject matter in controversy

3  or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a

4  party that could be substantially affected by the outcome of this proceeding:

5  **Name**                                    **Connection and Interest**

6  BETTINA BRYANT                               Owner of BRYANT VINEYARDS LTD., a

7                                               California corporation

8  THE DONALD L. BRYANT JR.                     Owner of BRYANT VINEYARDS LTD., a

9  REVOCABLE TRUST DATED 11/17/93               California corporation

10

11  DATED:  July 30, 2019                    BROWNE GEORGE ROSS LLP
                                             Keith J. Wesley
12                                           Lori Sambol Brody
                                             Matthew L. Venezia
13

14

15                                        By:  _____ s/ Keith J. Wesley _____
                                                   Keith J. Wesley
16                                        Attorneys for Plaintiff Bryant Vineyards Ltd.

17

18

19

20

21

22

23

24

25

26

27

28

1311662.1
-2-                                                     Case No.
PLAINTIFF BRYANT VINEYARDS LTD'S CERTIFICATION OF INTERESTED ENTITIES