UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT VINEYARDS LTD,<br><br>   Plaintiff,<br><br>   v.<br><br>LAUREN RIDENHOUR,<br><br>   Defendant. | Case No. 19-cv-04363-EMC<br><br>**ORDER RE PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Docket No. 14 |

Plaintiff has filed a motion for a temporary restraining order ("TRO"). Plaintiff asks that Defendant, as well her agents and those in active concert or participation with her or them, refrain from disclosing, using, or communicating confidential information of Plaintiff. The Court hereby orders Defendant to file an opposition to the motion for a TRO by Wednesday, August 21, 2019. There shall be no reply brief. A hearing on the motion is hereby scheduled for Friday, August 23, 2019, at 10:30 a.m.

Although the Court is setting a hearing for August 23, it notes that, based on its review of Plaintiff's papers, it is difficult to see why the parties cannot reach some sort of agreement preserving the status quo pending full briefing and a hearing in the context of a motion for a preliminary injunction. Prior to the August 23 hearing, the parties are ordered to meet and confer to determine if they can reach an agreement to that effect. If they are not able to reach an agreement, they must be prepared to address why; each side must also be prepared to identify what its last offer of compromise was.

***Immediately* upon receipt of this order**, Plaintiff shall (1) give oral notice of this order, the briefing schedule, the hearing date, and the meet-and-confer requirement to Defendant and (2)

shall serve a copy of this order on Defendant (email service is acceptable). Plaintiff shall then *immediately* file a declaration certifying compliance with this part of the order.

**IT IS SO ORDERED**.

Dated: August 20, 2019

_____
EDWARD M. CHEN
United States District Judge