UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT VINEYARDS LTD,<br><br>Plaintiff,<br><br>v.<br><br>LAUREN RIDENHOUR,<br><br>Defendant. | Case No. 19-cv-04363-EMC<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION TO STAY**<br><br>Docket No. 46 |

The Winery has filed an ex parte application for a stay of this Court's transfer order. As the Winery acknowledges, "where a party seeks to stay a district court proceeding pending the resolution of another action," the party is asking for a *Landis* stay. *Lal v. Capital One Fin. Corp.*, No. 16-cv-06674-BLF, 2017 U.S. Dist. LEXIS 9121, at *3-4 (N.D. Cal. Jan. 23, 2017); *see also Landis v. N. Am. Co.*, 299 U.S. 248 (1936). In the exercise of its discretion, *see Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) (noting that "[a] district court has discretionary power to stay proceedings in its own court under *Landis*"), the ex parte application is **DENIED**.

This order disposes of Docket No. 46.

**IT IS SO ORDERED**.

Dated: November 6, 2019

_____
EDWARD M. CHEN
United States District Judge